IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **ARTURO GARCIA and AMANDA GARCIA,** *Plaintiffs,* | § § § § | |
| v. | § | MO:24-CV-00075-DC |
| **NATIONSTAR MORTGAGE LLC, and MR COOPER LLC,** *Defendants.* | § § § § § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the report and recommendation from United States Magistrate Ronald C. Griffin concerning Plaintiffs Arturo Garcia and Amanda Garcia's complaint filed March 8, 2024.[1] Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Judge Griffin issued his report and recommendation on May 22, 2024. As of the date of this order, no party has filed objections to the report and recommendation.

Pursuant to 28 U.S.C. § 636(b), a party may serve and file specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure de novo review by the district court. When no objections are timely filed, a district court can review the magistrate's report and recommendation for clear error.[2]

---

[1] ECF No. 5.

[2] *See* Fed. R. Civ. P. 72 advisory committee's note ("When no timely objection is filed, the [district] court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.").

Because no party has filed timely objections, the Court reviews the report and recommendation for clear error. Having done so and finding no clear error, the Court accepts and adopts the report and recommendation as its own order.

Accordingly, the Court **ORDERS** that the Report and Recommendation of the United States Magistrate Judge[3] is **ADOPTED**. Plaintiffs Arturo Garcia and Amanda Garcia's complaint is therefore **DISMISSED WITHOUT PREJUDICE** for want of prosecution under Rule 41.

It is so **ORDERED**.

SIGNED this 18th day of June, 2024.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE

---

[3] ECF No. 5.

2